OPINION — AG — IF THE PAYMENT OF A RENEWAL PREMIUM IS A CONTINUATION OF THE ORIGINAL POLICY, SENATE BILL NO. 327 HAS NO APPLICATION. HOWEVER, IF THE PAYMENT OF A RENEWAL PREMIUM CONSTITUTED A NEW AND INDEPENDENT CONTRACT. SENATE BILL NO. 327 WILL APPLY. WHETHER THE RENEWAL PREMIUM IS A NEW CONTRACT OR AN EXTENSION OF THE OLD DEPENDS ON THE INTENTION OF THE PARTIES AS ASCERTAINED FROM THE INSTRUMENT ITSELF. CITE: ARTICLE II, SECTION 15, OPINION NO. 65-225 (JOSEPH C. MUSKRAT)